Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−19212−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Maria Dana C Fernandez
aka Maria C Fernandez, aka Maria
Fernandez, aka Maria Dana Cazenas
Fernandez
144 W Central Avenue
Bergenfield, NJ 07621

Social Security No.:
xxx−xx−9920

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           12/11/24
Time:           08:30 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 15, 2024
JAN: mlc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19212-SLM |
| Maria Dana C Fernandez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 15, 2024 | Form ID: 132 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Dana C Fernandez, 144 W Central Avenue, Bergenfield, NJ 07621-1208 |
| 520423331 | + | New Century Spine and, Outpatient Surgical, 37 west Century Rd. Ste 106, Paramus, NJ 07652-1466 |
| 520395444 | + | Office of the Attorney General, New Jersey Attorney General Office, Division of Law/Richard J.Hughes Justice, 25 Market Street, Trenton, NJ 08611-2148 |
| 520423333 | + | Peter C. Merani, PC, c/o Port Authority of NY & NJ, 1001 Avenue of The Americas, New York, NY 10018-5460 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 15 2024 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 15 2024 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520395438 | + | Email/Text: creditandcollections@1199federalcu.org | Oct 15 2024 22:24:00 | 1199 Seiu Federal Cred, 310 W 43rd St Fl 2, New York, NY 10036-3981 |
| 520395439 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 15 2024 22:21:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 520395440 | + | Email/Text: signed.order@pfwattorneys.com | Oct 15 2024 22:21:00 | Holy Name Hospital, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520423328 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2024 22:22:00 | Internal Revenue Service, Centralized Insolvency OP, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520395441 | ^ | MEBN | Oct 15 2024 22:12:31 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520402327 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2024 22:25:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520395442 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2024 22:23:00 | Midland Funding, LLC, 2365 Northside Drive. Suite 300, San Diego, CA 92108-2710 |
| 520423327 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 15 2024 22:24:00 | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany, NY 12227-0001 |
| 520395446 | | Email/Text: signed.order@pfwattorneys.com | Oct 15 2024 22:21:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520395445 | + | Email/Text: ebn@vativrecovery.com | Oct 15 2024 22:23:00 | Palisades Collection, LLC, 210 Sylvan Ave., Englewood Cliffs, NJ 07632-2510 |
| 520395443 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 15 2024 22:22:00 | New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520395447 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

Case 24-19212-SLM    Doc 13    Filed 10/17/24    Entered 10/18/24 00:20:27    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2024 | Form ID: 132 | Total Noticed: 18 |

|  |  |  |
|---|---|---|
|  | Oct 15 2024 22:24:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520423332 | *+ | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany, NY 12227-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Maria Dana C Fernandez jenee@bankruptcy-lawnj.com k.jr76568@notify.bestcase.com;nredmond@bankruptcy-lawnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4