| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jenèe K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>239 New Road, Building A, Suite 301<br>Parsippany, New Jersey 07054<br>Phone: 973-737-9060<br>Fax: 973-619-0023<br>Email: jenee@bankruptcy-lawnj.com<br>Attorney for Debtor. | |
| In Re:<br><br>Maria Dana C. Fernandez,<br><br>Debtor(s). | Case No.: 24-19212<br>Chapter: 13<br>Adv. No.: <br>Hearing Date: 12/11/24<br>Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, __Nyrva Redmond__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Jenee K. Ciccarelli, Esq.__, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __October 24, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Respecting Amendment to List of Creditors
    Notice of Chapter 13 Bankruptcy
    Notice of Hearing on Confirmation of Plan
    Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/24/2024                    /s/ Nyrva Redmond
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Taxation<br>Bankruptcy Section<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the Attorney General New Jersey Attorney General Office<br>Division of Law/Richard J. Hughes Justice<br>25 Market Street<br>Trenton, NJ 08625 | Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Palisades Collection, LLC<br>210 Sylvan Ave.<br>Englewood Cliffs, NJ 07632-200 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |