Certificate Number: 20476-NJ-DE-039017548

Bankruptcy Case Number: 24-19212



20476-NJ-DE-039017548

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2024, at 4:16 o'clock PM EDT, Maria Dana C Fernandez completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 30, 2024                    By:      /s/Scott E Kehiaian

                                            Name:   Scott E Kehiaian

                                            Title:   TEN Representative