Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−19212−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Dana C Fernandez
   aka Maria C Fernandez, aka Maria
   Fernandez, aka Maria Dana Cazenas
   Fernandez
   144 W Central Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−9920

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/14/2024 and a confirmation hearing on such Plan has been scheduled for 12/11/2024.

The debtor filed a Modified Plan on 10/31/2024 and a confirmation hearing on the Modified Plan is scheduled for 12/11/2024 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 1, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 24-19212-SLM

Maria Dana C Fernandez                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: 186 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Dana C Fernandez, 144 W Central Avenue, Bergenfield, NJ 07621-1208 |
| 520423331 | + | New Century Spine and, Outpatient Surgical, 37 west Century Rd. Ste 106, Paramus, NJ 07652-1466 |
| 520395444 | + | Office of the Attorney General, New Jersey Attorney General Office, Division of Law/Richard J.Hughes Justice, 25 Market Street, Trenton, NJ 08611-2148 |
| 520423333 | + | Peter C. Merani, PC, c/o Port Authority of NY & NJ, 1001 Avenue of The Americas, New York, NY 10018-5460 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2024 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2024 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520395438 | + | Email/Text: creditandcollections@1199federalcu.org | Nov 01 2024 20:43:00 | 1199 Seiu Federal Cred, 310 W 43rd St Fl 2, New York, NY 10036-3981 |
| 520395439 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 01 2024 20:41:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 520395440 | + | Email/Text: signed.order@pfwattorneys.com | Nov 01 2024 20:41:00 | Holy Name Hospital, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520423328 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2024 20:42:00 | Internal Revenue Service, Centralized Insolvency OP, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520395441 | ^ | MEBN | Nov 01 2024 20:40:26 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520402327 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 20:44:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520395442 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2024 20:42:00 | Midland Funding, LLC, 2365 Northside Drive. Suite 300, San Diego, CA 92108-2710 |
| 520423327 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 01 2024 20:43:00 | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany,NY 12227-0001 |
| 520395446 | | Email/Text: signed.order@pfwattorneys.com | Nov 01 2024 20:41:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520395445 | + | Email/Text: ebn@vativrecovery.com | Nov 01 2024 20:42:00 | Palisades Collection, LLC, 210 Sylvan Ave., Englewood Cliffs, NJ 07632-2510 |
| 520395443 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 01 2024 20:41:00 | New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520395447 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

|   |   | Nov 01 2024 20:43:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520423332 | *+ | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany, NY 12227-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Maria Dana C Fernandez jenee@bankruptcy-lawnj.com k.jr76568@notify.bestcase.com;nredmond@bankruptcy-lawnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4