Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 24−19212−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Maria Dana C Fernandez
aka Maria C Fernandez, aka Maria
Fernandez, aka Maria Dana Cazenas
Fernandez
144 W Central Avenue
Bergenfield, NJ 07621

Social Security No.:
xxx−xx−9920

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/25.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2025
JAN: omf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19212-SLM |
| Maria Dana C Fernandez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2025 | Form ID: 148 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Dana C Fernandez, 144 W Central Avenue, Bergenfield, NJ 07621-1208 |
| 520423331 | + | New Century Spine and, Outpatient Surgical, 37 west Century Rd. Ste 106, Paramus, NJ 07652-1466 |
| 520395444 | + | Office of the Attorney General, New Jersey Attorney General Office, Division of Law/Richard J.Hughes Justice, 25 Market Street, Trenton, NJ 08611-2148 |
| 520423333 | + | Peter C. Merani, PC, c/o Port Authority of NY & NJ, 1001 Avenue of The Americas, New York, NY 10018-5460 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2025 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2025 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520395438 | + | Email/Text: creditandcollections@1199federalcu.org | Jan 10 2025 22:05:00 | 1199 Seiu Federal Cred, 310 W 43rd St Fl 2, New York, NY 10036-3981 |
| 520395439 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 10 2025 22:00:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 520395440 | + | Email/Text: signed.order@pfwattorneys.com | Jan 10 2025 22:01:00 | Holy Name Hospital, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520423328 | + | EDI: IRS.COM | Jan 11 2025 02:16:00 | Internal Revenue Service, Centralized Insolvency OP, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520456174 | | EDI: JEFFERSONCAP.COM | Jan 11 2025 02:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520395441 | ^ | MEBN | Jan 10 2025 21:45:03 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520402327 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 22:08:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520395442 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2025 22:04:00 | Midland Funding, LLC, 2365 Northside Drive. Suite 300, San Diego, CA 92108-2710 |
| 520423327 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 10 2025 22:05:00 | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany,NY 12227-0001 |
| 520451230 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 10 2025 22:05:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520395446 | | Email/Text: signed.order@pfwattorneys.com | Jan 10 2025 22:01:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520395445 | + | Email/Text: ebn@vativrecovery.com | Jan 10 2025 22:03:00 | Palisades Collection, LLC, 210 Sylvan Ave., Englewood Cliffs, NJ 07632-2510 |
| 520395443 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 10 2025 22:01:00 | New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520451771 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 10 2025 22:01:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520395447 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2025 22:05:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520468466 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2025 22:05:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520423332 | *+ | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany, NY 12227-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Maria Dana C Fernandez jenee@bankruptcy-lawnj.com k.jr76568@notify.bestcase.com;nredmond@bankruptcy-lawnj.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5