UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, NJ 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: jenee@bankruptcy-lawnj.com
Attorney for Debtor

In Re:

Maria Dana C. Fernandez,

                        Debtor.

Order Filed on March 18, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No.: 24-19212

Hearing Date: 3/18/25 @ 2:30 p.m.

Judge: Honorable Stacey L. Meisel

### ORDER GRANTING PRE-CONFIRMATION/FINAL CHAPTER 13 FEES 9/18/24 thru 1/28/25

    The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: March 18, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor: Maria Dana C. Fernandez
Case No. 24-19212
Caption: Order Granting Pre-Confirmation/Final Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

IT IS HEREBY,

ORDERED, that Jenee Ciccarelli, Esq., is allowed a fee of $3,000.00 for services and disbursements less $1,500.00 previously received leaving a balance due of $1,500.00. The allowance shall be payable:

____X____   $666.00 through the Chapter 13 plan as an administrative priority.

____X____   $834.00 outside the Chapter 13 plan.

ORDERED, as Debtor's case dismissed on January 10, 2025, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.