UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, NJ 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: jenee@bankruptcy-lawnj.com
Attorney for Debtor

_____

In Re:

Maria Dana C. Fernandez,

                              Debtor.

Order Filed on March 18, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No.: 24-19212

Hearing Date: 3/18/25 @ 2:30 p.m.

Judge: Honorable Stacey L. Meisel

### ORDER GRANTING PRE-CONFIRMATION/FINAL CHAPTER 13 FEES
### 9/18/24 thru 1/28/25

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: March 18, 2025**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor: Maria Dana C. Fernandez
Case No. 24-19212
Caption: Order Granting Pre-Confirmation/Final Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

IT IS HEREBY,

ORDERED, that Jenee Ciccarelli, Esq., is allowed a fee of $3,000.00 for services and disbursements less $1,500.00 previously received leaving a balance due of $1,500.00. The allowance shall be payable:

____X____    $666.00 through the Chapter 13 plan as an administrative priority.

____X____    $834.00 outside the Chapter 13 plan.

ORDERED, as Debtor's case dismissed on January 10, 2025, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19212-SLM |
| Maria Dana C Fernandez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maria Dana C Fernandez, 144 W Central Avenue, Bergenfield, NJ 07621-1208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Maria Dana C Fernandez jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Mar 18, 2025     Form ID: pdf903     Total Noticed: 1
TOTAL: 5